UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO LUNA and CUAUHTEMOC GONZALEZ, on behalf of themselves and others similarly situated,<br><br>                              Plaintiffs,<br><br>    v.<br><br>84 LANDSCAPING INC., MOZO VENTURES, INC, MONICA MOZO, in her individual capacity; and JOSE MOZO, in his individual capacity,<br><br>                              Defendants. | Civil Action No. 1:13-cv-7445 (LMS)<br><br>CLASS ACTION<br><br>ECF Case |

## ORDER

       Upon Stipulation of the Parties, it is hereby Ordered that:

    i.    Plaintiffs are granted conditional certification of this action as a collective action under the Fair Labor Standards Act (FLSA) for the overtime and minimum wage claims set forth in Plaintiffs' Complaint;

    ii.    The FLSA collective action Class so certified shall be defined as:

> All non-exempt manual workers employed by defendant 84 Landscaping Inc. and/or Mozo Ventures, Inc., during the period October 22, 2010 to the present who (i) worked over forty (40) hours per week and did not receive overtime compensation; and/or (ii) did not receive minimum wage.

    iii.    This Court authorizes the Notice and Consent form submitted as an attachment hereto be mailed to potential opt-in plaintiffs in both English and Spanish in this action;

    iv.    Defendants are directed to produce the names and last known contact information of the individual members of the Class defined herein, to the extent the information is known by the Defendants, to Plaintiffs' counsel within fourteen (14) days of the entry of this Order; and

    v.    The Opt-In period shall be defined as 90 days from the date of this Order. Plaintiffs' counsel is instructed to complete the Notice to incorporate this date.

Dated March 20, 2014           So Ordered: _[signature]_

                                            Hon. Lisa Margaret Smith

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO LUNA and CUAUHTEMOC GONZALEZ, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> 84 LANDSCAPING INC., MOZO VENTURES, INC, MONICA MOZO, in her individual capacity; and JOSE MOZO, in his individual capacity, <br><br> Defendants. | Civil Action No. 1:13-cv-7445 (LMS) <br><br> CLASS ACTION <br><br> ECF Case |

## COURT-AUTHORIZED NOTICE AND CONSENT TO BECOME A PARTY PLAINTIFF

THIS IS A COURT-AUTHORIZED NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

TO:     All non-exempt manual workers who were employed by defendants 84 Landscaping Inc. and/or Mozo Ventures, Inc., (collectively Corporate Defendants) for the period October, 22, 2010 to the present.

RE:     Right to Opt Into Lawsuit to Recover Unpaid Minimum Wages and Overtime Compensation

### INTRODUCTION

A lawsuit has been filed against Defendants alleging that Defendants improperly failed to pay overtime wages at a rate of time-and-one-half to employees who worked over 40 hours per week and/or failed to pay the applicable minimum wage (i.e., $7.25/hr).  The purpose of this Notice is to inform you of the existence of this lawsuit in which you potentially are similarly situated to the named Plaintiffs (the individuals bringing this suit), to advise you of how your rights may be affected by this suit, and to instruct you on the procedure for participating in this suit.

### DESCRIPTION OF THE LAWSUIT

The named Plaintiffs bring suit against the Defendants on behalf of themselves and other workers employed by the Corporate Defendants for the period October 22, 2010 to the present. This lawsuit alleges that workers are owed overtime pay and unpaid minimum wage under the Fair Labor Standards Act.  Plaintiffs allege that they and others similarly situated (i) were not paid the applicable minimum wage (i.e., $7.25/hr) and/or (ii) are entitled to recover overtime pay because they were not paid time-and-one half for every hour they worked over 40 hours in a workweek. The Defendants deny the Plaintiffs' allegations, and deny that they are liable to the Plaintiffs for any of the back pay, damages, costs and/or attorneys' fees sought.

1

This lawsuit has been brought in the United States District Court for the Southern District of New York. This lawsuit is currently in the early pretrial stage.

## COMPOSITION OF THE CLASS

The Plaintiffs seek to sue on behalf of themselves and also on behalf of other employees with whom they are similarly situated. Specifically, Plaintiffs seek to sue on behalf of all non-exempt manual workers employed by the Corporate Defendants for the period October 22, 2010 to the present who may assert a claim that they were not paid the applicable minimum wage (i.e., $7.25/hr) and/or they were not paid time and one half for every hour they worked over forty hours in a workweek.

## YOUR RIGHT TO PARTICIPATE IN THIS SUIT

If you fit the class definition above you may join this suit by mailing the "Consent to Become Party Plaintiff" form to Plaintiffs' counsel at the following address:

Milan Bhatt, Esq.
Worker Justice Center of New York
101 Hurley Ave., Suite 5
Kingston, New York 12401

This form must be sent to Plaintiffs' counsel in sufficient time to have Plaintiffs' counsel file it with the federal court on or before *[90] days from date of Court authorization of Notice]*. If you fail to return the "Consent to Become Party Plaintiff" form to Plaintiff s' counsel in time for it to be filed with the federal court on or before the above deadline, you may not be able to participate in this lawsuit.

## EFFECTS OF JOINING THIS SUIT

If you choose to join in the suit, you will be bound by the Judgment, whether it is favorable or unfavorable. You may also be held liable for costs associated with this lawsuit. While this suit is proceeding, you may be required to respond to written questions, sit for depositions and/or testify in the federal courthouse in White Plains, New York.

The attorneys for the Plaintiffs, who are with the non-profit law office called the Worker Justice Center of New York (herein WJC) and Charny & Associates are offering their services free of charge. If there is a recovery, the attorneys for the class may be awarded attorneys' fees and costs from the Defendants. If you return the consent form attached to this Notice, you are agreeing to designate the WJC and Charny & Associates as your representatives to make decisions on your behalf concerning the litigation and the method and manner of conducting the litigation. Further, you are agreeing that WJC and Charny & Associates may seek an award of attorneys' fees and costs from the Defendants. Decisions and agreements made and entered into by the Plaintiffs will be binding on you if you join this lawsuit. Furthermore, you can join this lawsuit by counsel of your own choosing. If you do so, your attorney must file an "opt-in" consent form by *[90 days from date of Court authorization of Notice]*.

## NO LEGAL EFFECT OF NOT JOINING THIS SUIT

If you choose not to join this suit, you will not be affected by any judgment or settlement rendered in this case, whether favorable or unfavorable to the class.  If you choose not to join this lawsuit, you are free to file your own lawsuit provided it is filed within the time period required by law.

## NO RETALIATION PERMITTED

It is against the law for anyone to retaliate against or try to intimidate any person for exercising his or her rights to participate in this lawsuit.   The defendants expressly prohibit any such retaliation.

## YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this suit and agree to be represented by the named Plaintiffs through their attorneys, your counsel in this action will be:

Worker Justice Center of New York          Charny & Associates.
101 Hurley Ave., Suite 5                   9 West Market St.
Kingston, New York  12401                  Rhinebeck, New York  12572

## FURTHER INFORMATION

If you have any questions about this lawsuit or Notice you may contact Plaintiffs' counsel:

Milan Bhatt, Esq.                          Nathaniel K. Charny, Esq.
Worker Justice Center                      Charny & Associates
101 Hurley Ave, Suite 5                    9 West Market St.
Kingston, New York  12401                  Rhinebeck, New York  12572
Tel - 845-331-6615                         Tel - 845-876-7500
Fax - 845-331-6617                         Fax - 845-876-7501
mbhatt@wjcny.org                           ncharny@charnyandassociates.com

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, HONORABLE, LISA MARGARET SMITH, U.S. MAGISTRATE JUDGE. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF DEFENDANTS' DEFENSES.

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO LUNA and CUAUHTEMOC
GONZALEZ, on behalf of themselves and others
similarly situated,

|  |  |
|---|---|
| Plaintiffs, | Civil Action No. 1:13-cv-7445 (CS) |
| v. | CLASS ACTION |
| 84 LANDSCAPING INC., MOZO VENTURES, INC, MONICA MOZO, in her individual capacity; and JOSE MOZO, in his individual capacity, | ECF Case |
| Defendants. |  |

CONSENT TO BECOME PARTY PLAINTIFF

By my signature below, I hereby represent to the Court that I was/am an employee of either 84 Landscaping Inc. and/or Mozo Ventures, Inc. on or after October 22, 2010 and that I am alleging that the Defendants did not pay me the applicable minimum wage (i.e., $7.25/hr) and/or did not pay me at the rate of time and one-half for hours I worked over forty hours in a workweek, and I consent to be a party plaintiff in the above-referenced lawsuit for claims under the Fair Labor Standards Act. I also authorize the filing and prosecution of the above-styled Fair Labor Standards Act action in my name and on my behalf.

In addition, I hereby consent to have United States Magistrate Judge Lisa Margaret Smith conduct any and all proceedings in the above-captioned action, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

I declare, under the penalty of perjury, that the statements made in this Consent Form are true, and that the signature below is the person named in this consent form.

_____          _____
SIGNATURE (Sign your name)                Date

_____
(Print Name)

_____
(Street Address)

_____
(City, State, Zip)

Page 1 of 2

**EXHIBIT A**

_____

Country

Telephone Number where we can leave a message for you: _____

Corporate Entity for whom you worked: _____

Dates you worked for the Corporate
Defendant:_____

PLEASE RETURN THIS FORM IN TIME FOR FILING WITH THE COURT BY_____.

TO:    Milan Bhatt, Esq.
        Worker Justice Center of New York
        101 Hurley Ave., Suite 5
        Kingston, New York  12401

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EDUARDO LUNA y CUAUHTEMOC GONZALEZ, de parte suya y de otros similarmente situados, <br><br>                        Demandantes, <br><br>     v. <br><br> 84 LANDSCAPING INC., MOZO VENTURES, INC, MONICA MOZO, en su capacidad individual; y JOSE MOZO, en su capacidad individual, <br><br>                        Demandados. | Civil Action No. 1:13-cv-7445 (LMS) <br><br> CLASS ACTION <br><br> ECF CASE |

## NOTIFICACION Y CONSENTIMIENTO PARA CONVERTISE EN PARTIDO DEMANDANTE AUTORIZADA POR EL TRIBUNAL

ESTA ES UNA NOTIFICACIÓN AUTORIZADA POR EL TRIBUNAL. ESTA NO ES UNA SOLICITACIÓN DE UN ABOGADO.

PARA:       Todos los trabajadores manuales no-exentos quienes fueron empleados por los demandados 84 Landscaping Inc. y/o Mozo Ventures, Inc., (colectivamente Demandados Corporativos) durante el periodo del 22 de octubre de 2010 al presente.

RE:     El Derecho para Poder Incluirse y Juntarse a una Demanda para Recuperar Su Salario Mínimo No Pagado y Compensación de Horas Extras ("overtime") No Pagadas.

## INTRODUCCIÓN

Una demanda ha sido archivada en contra de los Demandados alegando que los Demandados fallaron en pagar incorrectamente el suelde de horas extras ("overtime") al rédito de tiempo-y-medio cuando los empleados trabajaban más de 40 horas por semana y/o fallaron en pagar el salario mínimo aplicable (ej. $7.25/hr). El propósito de esta Notificación es para informarle de la existencia de esta demanda en el que potencialmente está en una situación similar los Demandantes nombrados (los individuos quienes entablaron la demanda), para avisarle en cómo sus derechos pueden ser afectados por esta demanda, y para darle instrucciones del proceso para participar en este demanda.

## DESCRIPCIÓN DE LA DEMANDA

Los Demandantes nombrados empezaron una demanda en contra de los Demandados de parte suya y de otros trabajadores quienes fueron empleados por los Demandados Corporativos en el periodo del 22 de octubre de 2010 hasta el presente. Esta demanda alega que se les debe a los trabajadores el suelde por horas extras ("overtime") y el salario mínimo bajo la ley Federal del Acto

de Normas Laborales Justas. Los Demandados alegan que ellos y otros similarmente situados: i) no fueron pagados el sueldo mínimo aplicado (ej. $7.25/hr) y/o (ii) tienen el derecho de recuperar el sueldo por horas extras porque ellos no fueron pagados tiempo y medio por cada hora más de 40 la cual ellos trabajaron durante la semana de trabajo. Los Demandados niegan las alegaciones de los Demandantes, y niegan que sean responsables de cualquier pago atrasado, daños, costos y/o honorarios de abogados solicitados.

Esta demanda ha sido entablada en la Corte de Distritos los Estados Unidos para el Distrito Sur de Nueva York. Esta demanda está actualmente en la fase temprana de prejuicio

## COMPENSACIÓN PARA LA CLASE

Los Demandantes buscan demandar de parte de ellos y de parte de otros trabajadores con quienes están similarmente situados. Específicamente, los Demandados buscan demandar pos parte de todos los trabajadores manuales quienes son no excluidos por ley y que fueron empleados por los Demandados Corporativos en el periodo del 22 de octubre de 2010 hasta el presente quienes puedan acertar un reclamo que ellos no fueron pagados el sueldo mínimo aplicable (ej. $7.25/hr) y/o no fueron pagados tiempo y medio por cada hora que trabajaron mas de las 40 horas en una semana de trabajo.

## DERECHO DE PARTICIPAR EN ESTA DEMANDA

Si usted cabe en la definición de arriba usted puede juntarse a esta demanda enviando por correo su formulario de "Consentimiento para Convertirse en un Partido Demandante" a los abogados de los Demandantes a la siguiente dirección:

Milan Bhatt, Esq.
Worker Justice Center of New York
101 Hurley Ave., Suite 5
Kingston, New York 12401

Ester formulario debe ser enviado a los abogados de los Demandantes con tiempo suficiente para que los abogados de los Demandantes puedan archivarlo con la corte federal en o antes de *[90] días la fecha que la corte autorice la notificación]*. Si usted falla en regresar el formulario de "Consentimiento para Convertirse en un Partido Demandante" a los abogados de los Demandantes a tiempo para archivar con la corte federal en o antes de la fecha límite, puede que usted no pueda participar en esta demanda.

## EFECTOS DE JUNTARSE A ESTA DEMANDA

Si usted decide juntarse a la demanda, usted estará obligado por la Orden de Juez, que puede ser favorable o no favorable. También pueda que usted se tenga que hacer responsable por costos asociados con esta demanda. Mientras esta demanda está procediendo, pueda que usted sea requerido a responder a preguntas escritas, sentarse en una deposición y/o testificar en la corte federal en White Plains, New York.

Los abogados para los Demandantes, quienes son una organización sin fines de lucro llamados el Centro de Justicia de Trabajadores- Worker Justice Center of New York- (de aquí en

2

adelante WJC) y  Charny & Associates estan ofreciendo servicios gratuitos.  Si se recupera algo, los abogados para la clase puede que sean otorgados honorarios y costos de abogados de los Demandados.  Si usted devuelve su formulario de consentimiento que esta adjunto con esta Notificación, usted está de acuerdo que el WJC y Charny & Associates sean los representantes suyos para que hagan decisiones de litigación y del método y manera de conducir la litigación. Además, usted esta acordando que el WJC y Charny & Associates puedan solicitar que sus costos y honorarios de abogados sean pagados por los Demandados.  Las decisiones y acuerdos hechos por los Demandantes  serán vinculantes para usted si decide ser parte de esta demanda. Adicionalmente, si usted desea puede juntarse a la demanda con su propio abogado que usted escoja. Si usted hace esto, su abogado debe archivar un formulario "para juntarse" ("opt-in") a la demanda antes de *[90 días de la fecha que la corte autorice la Notificación]*.

## NO HAY EFECTO LEGAL SI NO SE JUNTA A ESTA DEMANDA

Si usted decide no juntarse a esta demanda, usted no será afectado por cualquier orden de juez o acuerdo rendido por este caso, aunque sea favorable o desfavorable a la clase colectiva. Si desea no  juntarse a la demanda, usted puede entablar su propia demanda con tal de que sea archivada  entre el periodo de tiempo requerido por ley.

## NO HAY REPRESALIAS PERMITIDAS

Es contra de la ley que alguien tome represalias o trate de intimidara a una persona por ejercer sus derechos de participar en esta demanda. Los demandados expresamente prohíben cualquier tipo de represalia.

## SU REPRESENTACIÓN LEGAL SI SE JUNTA

Si usted decide juntarse a esta demanda y está de acuerdo que lo representen los abogados de los Demandantes principales, sus abogados en esta acción serán:

Worker Justice Center of New York          Charny & Associates.
101 Hurley Ave., Suite 5                   9 West Market St.
Kingston, New York  12401                  Rhinebeck, New York  12572

## INFORMACIÓN ADICIONAL

Si usted tiene alguna pregunta sobre esta demanda o Notificación puede comunicarse con los abogados de los Demandantes:

Milan Bhatt, Esq.                          Nathaniel K. Charny, Esq.
Worker Justice Center                      Charny & Associates
101 Hurley Ave, Suite 5                     9 West Market St.
Kingston, New York  12401                  Rhinebeck, New York  12572
Tel - 845-331-6615                         Tel - 845-876-7500
Fax - 845-331-6617                         Fax - 845-876-7501
mbhatt@wjcny.org                           ncharny@charnyandassociates.com

3

ESTA NOTIFICACIÓN Y SUS CONTENIDOS HAN SIDO AUTORIZADOS POR LA CORTE
FEDERAL DEL DISTRITO, LA HONORABLE, LISA MARGARET SMITH, JUEZ
MAGISTRADA DE LOS ESTADOS UNIDOS. LA CORTE NO HA TOMADO NINGUNA
POSICIÓN EN ESTE CASO EN REFERENCIA A LOS MÉRITOS EN LOS RECLAMOS DE
LOS DEMANDANTES PRINCIPALES O DE LAS DEFENSAS DE LOS DEMANDADOS

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO LUNA y CUAUHTEMOC GONZALEZ, de parte suya y de otros similarmente situados,<br><br>           Demandantes,<br><br>  v.<br><br>84 LANDSCAPING INC., MOZO VENTURES, INC, MONICA MOZO, en su capacidad individual; y JOSE MOZO, en su capacidad individual,<br><br>           Demandados. | Civil Action No. 1:13-cv-7445 (LMS)<br><br>CLASS ACTION<br><br>ECF CASE |

### CONSENTIMIENTO DE CONVERTIRSE EN DEMANDANTE

Con mi firma abajo, yo represento por la presente declaro ante la Corte que estaba/estoy empleado por 84 Landscaping Inc. y/o Mozo Ventures, Inc. en o después del 22 de octubre de 2010 y que estoy alegando que los Demandados no me pagaron el sueldo mínimo aplicable (ej. $7.25/hr) y/o no me pagaron al rédito de tiempo y medio por horas que trabaje sobre las cuarenta horas en una semana laboral, y yo doy mi consentimiento en ser un partido demandante en la demanda mencionada arriba por mis reclamos bajo las leyes Federales del Acto de Normas de Labor Justas. Yo también autorizo el archivo y prosecución de la demanda mencionada arriba bajo la ley Federal del Acto de Normas de Labor Justas en mi nombre y de mi parte. Yo declaro, bajo la penalidad de perjuicio, que las declaraciones en este formulario de consentimiento son verdaderas y que la firma abajo es la persona nombrada en este formulario de consentimiento.

Adicionalmente, yo doy mi consentimiento para que la Juez Magistrada de Los Estados Unidos Lisa Margaret Smith tramita todos los procedimientos en esta acción captada arriba, incluyendo el juicio, la orden de entrada de un juicio final, y que tramita todas los procedimientos posteriores judiciales.


_____          _____
FIRMA (Firme su nombre)                   Fecha


_____
(Su nombre en letra de molde)


_____
(Dirección)


_____
(Ciudad, Estado, Código Postal)


1 of 2

**EXHIBIT A**

_____
País

Número de Teléfono donde podamos deja un mensaje para usted: _____

Entidad Corporativa por cual usted trabajo: _____

Fechas por cual usted trabajo para el Demandado Corporativo:

_____

POR FAVOR DEVUELVE ESTE FORMULARIO CON TIEMPO PARA ARCHIVAR CON EL TRIBUNAL ANTES DE_____.

A:     Milan Bhatt, Esq.
       Worker Justice Center of New York
       101 Hurley Ave., Suite 5
       Kingston, New York  12401